UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X   06 CV 0701 (NG) (JMA)
THE ANNUITY, PENSION, WELFARE and
TRAINING FUNDS of the INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL
14-14B, AFL-CIO by its TRUSTEES EDWIN L.
CHRISTIAN, CHRIS CONFREY, JOHN CRONIN,
FRANK DiMENNA, ALFRED GEROSA, JOHN
HYERS, DANIEL NOESGES and JOHN F.
O'HARE; JOHN DOE; and JANE DOE,
BENEFICIARIES of THE ANNUITY, PENSION,
WELFARE and TRAINING FUNDS of the
INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 14-14B, AFL-CIO,

                              **Plaintiffs,**

    - against -                                        **ORDER**

A.J.S. TRUCKING & EXCAVATING CORP.,

                              **Defendant.**
----------------------------------------------------------------X

**GERSHON, United States District Judge:**

       For administrative reasons, the order of this court dated July 7, 2006 is vacated insofar as it refers the matter to Magistrate Judge Azrack for report and recommendation. I will make a determination concerning the relief, if any, due plaintiffs based on the evidence they have submitted.

                                                    **SO ORDERED.**

                                                 /S/
                                           **NINA GERSHON**
                                           **United States District Judge**

Dated: Brooklyn, New York
       August 10, 2006